STATE OF NEW JERSEY v. JOSEPH D'AMICO.

November 7, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ALPHONSO R. DAVIS.

November 7, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. RICKY GEORGE.

November 7, 1984.

Petition for certification denied.

JOHN FABER v. CONDECOR, INC.

November 7, 1984.

Petition for certification denied.   (See 195 *N.J.Super.* 81)

FRANCIS CAPPADONA v. THE CAPTAINS AGENCY.

November 7, 1984.

Petition for certification denied.